# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| MARTHA DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) No. 09-03489-CV-S-FJG |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is defendant's Motion to Reverse and Remand for Entry of Final Judgment (Doc. No. 12).

Defendant requests the Court to enter a final judgment pursuant to Fed. R. Civ. P. 58 reversing the administrative law judge's decision and remanding the case to the Commissioner under sentence four of 42 U.S.C. § 405(g). Agency counsel requested that the Appeals Council of the Social Security Administration reconsider the Commissioner's decision, and upon review, the Appeals Council agreed that remand of plaintiff's case was appropriate for evaluation of medical opinions.

The Motion being unopposed, the Court **GRANTS** defendant's Motion to Reverse and Remand. The Court hereby **ORDERS** that the Administrative Law Judge's decision is **REVERSED** and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**
Date: 11/30/10
Kansas City, Missouri

**/S/ FERNANDO J. GAITAN JR.**
Fernando J. Gaitan Jr.
Chief United States District Judge